IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

TINA THOMAS, :

    Plaintiff, :

                             Case No. 3:07cv00167

vs. :

                             District Judge Walter Herbert Rice

MICHAEL J. ASTRUE, : Magistrate Judge Sharon L. Ovington
Commissioner of the Social
Security Administration, :

    Defendant. :

---

**DECISION AND ENTRY**

---

The Court has conducted a *de novo* review of the Report and Recommendations of United States Magistrate Judge Sharon L. Ovington (Doc. #23), to whom this case was originally referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendations.

Accordingly, it is hereby **ORDERED** that:

1. The Report and Recommendations filed on May 23, 2012 (Doc. #23) is ADOPTED in full;

2. Plaintiff's Motion for an Award of Attorney Fees Pursuant to the Equal Justice Act (Doc. #19) is GRANTED in part to the extent Plaintiff is entitled to an EAJA award in the total amount of $3,836.78; and,

3. The case remains terminated on the docket of this Court.

                                                   /s/ Walter Herbert Rice
                                                   Walter Herbert Rice
                                                   United States District Judge